IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BANK OF LITTLE ROCK**                                                                          **PLAINTIFF**

**VS.**                                        **4:15-CV-00078-BRW**

**DARIN WIGGS, ET AL.**                                                                  **DEFENDANTS**

**ORDER**

The Clerk of the Court is directed to transfer this case to the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED this 10th day of February, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE